UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEROME LARRY DONNON, | No. EDCV 09-1440 AG (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| DOMINGO URIBE JR. (A.W.), | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 21, 2010

ANDREW J. GUILFORD
United States District Judge